

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOT FAZIO and DAWN FAZIO | : | CIVIL ACTION |
| v. | : | |
| STATE FARM FIRE & CAS. CO. | : | NO. 16-1987 |

### ORDER

AND NOW, this 22nd day of March, 2017, upon consideration of defendant State Farm Fire and Casualty Company's Motion for Summary Judgment (Doc. No. 26) and plaintiffs' response in opposition thereto (Doc. No. 28), and after oral argument on March 17, 2017, it is hereby

### ORDERED

1. Defendant State Farm Fire and Casualty Company's Motion for Summary Judgment is **GRANTED**.

2. **JUDGMENT** is entered in favor of defendant State Farm Fire and Casualty Company and against plaintiffs Scot and Dawn Fazio.

3. The Clerk of Court shall mark the case **CLOSED** for statistical purposes.

BY THE COURT:

THOMAS J. RUETER
United States Magistrate Judge